Moses SMITH, Appellant,

v.

The STATE of Texas, Appellee (three cases).

Nos. 27154, 27159, 27160.

Court of Criminal Appeals of Texas.

Nov. 10, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

v.

The STATE of Texas, Appellee.

No. 27157.

Court of Criminal Appeals of Texas.

Nov. 10, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

## PER CURIAM.

The offense is the unlawful sale of whiskey and gin in a dry area; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.